# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Theodore Kulas,<br><br>  Plaintiff,<br><br>vs.<br><br>Michael J. Astrue, Commissioner of Social Security,<br><br>  Defendant. | CV-07-131-TUC-DCB<br><br>ORDER |

Magistrate Judge Estrada issued his Report and Recommendation on June 13, 2008, recommending that the District Court deny the Plaintiff's request for an award of benefits and dismiss the action with prejudice. A copy was sent to all parties, notifying all parties that written objections must be filed within ten days of service. 28 U.S.C. §636(b). No objections to the Magistrate Judge's Report and Recommendation have been filed. Consequently, any objections that have not been raised are waived and will not be addressed by the Court.

The Court, having made an independent review of the record, orders as follows:

IT IS ORDERED that Magistrate Judge Estrada's Report and Recommendation (Doc. No. 19) is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS ORDERED that Plaintiff's request for an award of benefits (Doc. No. 13) is DENIED and this action is dismissed with prejudice in favor of Defendant. All parties are to bear their own attorney fees and costs. A Final Judgment shall enter separately.

//

//

1  DATED this 10th day of July, 2008.

David C. Bury
United States District Judge